**BLANK ROME LLP**
Ana Tagvoryan (SBN 246536)
  Ana.Tagvoryan@blankrome.com
Erica R. Graves (SBN 301785)
  Erica.Graves@blankrome.com
Jamison T. Gilmore (SBN 322100)
  Jamison.Gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
FAROUK SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWARD and MARIANA TORRES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FAROUK SYSTEMS, INC.<br><br>    Defendant. | Case No. 5:25-cv-00795-SSS-BFM<br><br>[*Assigned to Honorable Sunshine Suzanne Sykes*]<br><br>**DECLARATION OF ERICA R. GRAVES IN SUPPORT OF DEFENDANT FAROUK SYSTEMS, INC.'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, DISMISS**<br><br>[*Filed concurrently with Motion to Transfer Venue or, Alternatively, Dismiss; Declaration of Alexis Thanasoulas; and [Proposed] Order*]<br><br>Hearing: July 11, 2025<br>Time: 2:00 p.m. PST<br>Ctrm: 2<br><br>Complaint Filed: March 31, 2025<br>Trial Date: None Set |

**DECLARATION OF ERICA R. GRAVES IN SUPPORT OF DEFENDANT FAROUK SYSTEMS, INC.'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, DISMISS**
160850.00001/154300716v.1

# DECLARATION OF ERICA R. GRAVES

I, Erica R. Graves, declare as follows:

1. I am a Partner at Blank Rome LLP, attorneys for Defendant Farouk Systems, Inc. ("Farouk"). I make this declaration in support of Farouk's Motion to Transfer Venue or, Alternatively, Dismiss. I have personal knowledge of all facts set forth in this declaration and would competently testify to them.

2. On June 2, 2025, my associate Jamison Gilmore and I met and conferred with counsel for Plaintiffs Crystal Howard and Mariana Torres ("Plaintiffs") by videoconference. We discussed the grounds of our Motion to Transfer and potential grounds for a Motion to Dismiss.

3. Farouk decided not to assert a Motion to Dismiss based on the grounds discussed on the June 2, 2025 meet and confer video conference after considering arguments and authority provided by Plaintiffs' counsel.

4. On June 5, 2025, I emailed Plaintiffs' counsel additional grounds for Farouk's Motion to Dismiss and offered to conduct a further videoconference the following day. I did not receive a response from Plaintiffs' counsel.

5. Plaintiffs' counsel have not agreed to transfer this case to the Southern District of Texas or dismiss any portion of their Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025 in Los Angeles, California.

*/s/ Erica R. Graves*
Erica R. Graves

2

**DECLARATION OF ERICA R. GRAVES IN SUPPORT OF DEFENDANT FAROUK SYSTEMS, INC.'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, DISMISS**
160850.00001/154300716v.1