UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00795-SSS-BFM | Date | July 7, 2025 |
| Title | *Crystal Howard et al v. Farouk Systems, Inc.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE OR DISMISS WITHOUT PREJUDICE AND VACATING HEARING [DKT. 12]**

Before the Court is a Motion to Transfer Venue or Dismiss ("Motion") filed by Defendants Farouk Systems, Inc. [Dkt. 12]. For the reasons stated below, the Court **DENIES** the Motion **WITHOUT PREJUDICE**. [*Id*.].

Local Rule 7-3 requires counsel contemplating the filing of any motion to contact opposing counsel to discuss thoroughly the substance of the motion and any resolution. C.D. Cal. R. 7-3. The conference *must* occur at least 7 days prior to the filing of the motion, and take place in person, by telephone, or via videoconference. *Id*. Failure to comply with this requirement may result in the motion being denied. *Id*.

Here, counsel failed to properly meet and confer to discuss the substance of the Motion now before the Court. Although a meet and confer occurred on June 2, 2025, Farouk attests that meeting did not address the grounds for the present Motion. [Dkt. 12-2 ¶¶ 2, 3]. While Farouk emailed Plaintiff's counsel requesting

another meet and confer, Plaintiff's counsel allegedly did not respond, and Farouk filed the Motion four days later. [*Id*. ¶ 4]. As stated, the Local Rules require a meet and confer on the substance of the motion to occur 7 days prior to filing the motion. C.D. Cal. R. 7-3. Accordingly, the Court **DENIES** the Motion **WITHOUT PREJUDICE** and **VACATES** the related hearing. [Dkt. 12].

Any subsequent motion must comply with Local Rule 7-3 and the additional requirements present in this Court's Civil Standing Order. [*See* Dkt. 9 at 11–12]. Failure to do so may result in the motion being denied. The Court also reminds parties of their obligation to meet and confer in good-faith and respond to requests to do so promptly.

**IT IS SO ORDERED.**